**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1327**

———————

MICHAEL A. SCOTT; TERRY SCOTT,

                                    Plaintiffs - Appellants,

        versus

WELLS FARGO & COMPANY; WELLS FARGO HOME
MORTGAGE, INCORPORATED; GENERAL ELECTRIC
COMPANY; GE CAPITAL MORTGAGE SERVICES,
INCORPORATED,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-02-789-2)

———————

Submitted:  May 8, 2003                Decided:  June 27, 2003

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael A. Scott, Terry Scott, Appellants Pro Se.  Stanley Graves
Barr, Jr., KAUFMAN & CANOLES, Norfolk, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael and Terry Scott appeal the district court's judgment granting partial summary judgment to the Appellees and dismissing their complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm in part for the reasons stated by the district court. See Scott v. Wells Fargo & Co., No. 02-789-2 (E.D. Va., filed Jan. 14, 2003, entered Jan. 15, 2003). Although the Scotts may have been entitled to amend the complaint as of right, see Fed. R. Civ. P. 15(a), we have reviewed the additional claims raised in the proposed amended complaint and find the amendment futile. We also deny the Scotts' motions for summary reversal and an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED